Argued and submitted July 24, affirmed October 25, 1995

In the Matter of the Compensation of
Kathryn C. Kennedy, Claimant.

Kathryn C. KENNEDY,
*Petitioner,*

*v.*

SAIF CORPORATION
and Bounty Bar & Grill,
*Respondents.*

(91-12141; CA A77566)

904 P2d 654

James L. Edmunson argued the cause and filed the brief for petitioner. With him on the brief was Peter O. Hansen.

Julene M. Quinn, Assistant Attorney General, argued the cause for respondents. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David L. Runner, Assistant Attorney General.

Before Riggs, Presiding Judge, and Richardson, Chief Judge, and Leeson, Judge.

PER CURIAM

Affirmed. *Liberty Northwest Ins. Corp. v. Yon,* 137 Or App 413, 904 P2d 645 (1995).